# EXHIBIT A

Ionzetta                                                                              CPCC.CV.2722676

# Citation

ARCHIE DIGGS ETAL                          NO. 630074– C
VS                                         STATE OF LOUISIANA
IRVING PLACE ASSOCIATES LP D/B/A           PARISH OF CADDO
                                           FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   ANGELA HAYES
                              POE: HIGHLAND PLACE REHAB AND NURSING CENTER
                              1736 IRVING PLACE
                              SHREVEPORT, LA 71101

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date July 2, 2021.

*Also attached are the following:                    **MIKE SPENCE, CLERK OF COURT**
_____ REQUEST FOR ADMISSIONS OF FACTS
_____ INTERROGATORIES
_____ REQUEST FOR PRODUCTION OF DOCUMENTS     By: _____
 XX   ORIGINAL PETITION FOR DAMAGES                       Deputy Clerk

                                                     _____
                                                     RONALD J MICIOTTO
                                                           Attorney

                                                     A TRUE COPY - - ATTEST

                                                     _____
                                                              Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

$ ___ FILED
APR 2 9 2021

630074.C

ARCHIE DIGGS, LATONYA BECKNELL
FLOWERS, AND CALVIN DIGGS,　　NUMBER:
INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF
ANNIE LEE BECKNELL

VERSUS　　　　　　　　　　　　1st JUDICIAL DISTRICT COURT

IRVING PLACE ASSOCIATES LP　　CADDO PARISH, LOUISIANA
D.B.A HIGHLAND PLACE REHAB
AND NURSING CENTER

## PETITION FOR DAMAGES

NOW COMES Petitioner, ARCHIE DIGGS, LATONYA BECKNELL FLOWERS, and CALVIN DIGGS, Individually and on behalf of the ESTATE OF ANNIE LEE BECKNELL, a citizen of the full age of majority who is domiciled in Caddo Parish, Louisiana and with respect represents and shows as follows:

1.

Made Defendants herein are:

1. IRVING PLACE ASSOCIATES LP D.B.A HIGHLAND PLACE REHAB AND NURSING CENTER, a domestic company licensed to do and doing business in the State of Louisiana and who may be served through its duly appointed Agent for Service of Process, C T Corporation System, 3867 Plaza Tower Drive, 1st Floor, Baton Rouge, LA 70816;

2. JAMES ANDREWS, a person of the full age of majority who may be served at his place of employment, HIGHLAND PLACE REHAB AND NURSING CENTER, 1736 Irving Place, Shreveport, LA 71101; and

3. ANGELA HAYES, a person of the full age of majority who may be served at her place of employment, HIGHLAND PLACE REHAB AND NURSING CENTER, 1736 Irving Place, Shreveport, LA 71101.

2.

At all times relevant to these proceedings, Irving Place Associates LP D.B.A Highland Place Rehab and Nursing Center, (hereinafter referred to as HPRNC) operates a nursing and rehabilitation facility located at 1736 Irving Place, Shreveport, Louisiana. HPRNC holds itself out as a long term care facility "committed to providing loving excellence in senior care" . . . where "you can be assured that your loved ones will be in good hands" . . . and where your loved ones will "receive individual and specialized care to meet their healthcare needs from our compassionate and clinically trained professionals." HPRNC boasted that it "takes pride in providing the highest level of care for each of their residents" and "provides a large range of services including serving a vital part of the Natchitoches community, offering the care that our community has come to expect."

3.

At all times relevant to these proceedings, defendants, James Andrews and Angela Hayes were the administrators/employees and/or executive officers of HPRNC and were responsible for all day to day operational aspects of the nursing home facility including but not limited to providing a safe and healthy environment for all patient/residents including Annie Lee Becknell.

4.

For several years, Ms. Annie Lee Becknell, a life-long resident of Caddo Parish, Louisiana contracted with HPRNC to manage her long term healthcare needs and to provide Annie Lee Becknell with individual and specialized care from a compassionate and clinically trained professional staff to meet her healthcare needs.

5.

In late 2019 and/or early 2020 the Centers for Disease Control and Prevention ("CDC") began publishing information, data, and statistics regarding the effects of "COVID-19," which is a respiratory disease caused by a novel coronavirus named "SARS-CoV-2," and for which there is no vaccination. On March 11, 2020, COVID-19 was declared a pandemic by the international World Health Organization (WHO).

6.

The WHO emphatically urged healthcare facilities, professionals, and clinicians to provide the appropriate level of necessary protection and medical care while developing strategies and protocol to keep COVID-19 from entering its facilities; identifying infections early; to take action to prevent spread; to assess current supply of Personal Protective Equipment (PPE), and initiate measures to optimize supply; to educate and train its healthcare professionals about the new virus; and to quickly manage severe illness.

7.

Archie Diggs, LaTonya Becknell Flowers and Calvin Diggs show that defendants, HPRNC, James Andrews and Angela Hayes, deviated from and/or breached its promise to provide professional care to Annie Becknell and breached and/or ignored the guidelines and recommendations of the WHO, CDC, Louisiana Department of Health (LDH), and common sense guidelines for taking care of elderly patients in a nursing home setting during these times. All of which caused Annie Becknell to be exposed to the novel coronavirus, and ultimately to contract

the respiratory disease commonly known as COVID-19.

8.

As a consequence of Annie Becknell being exposed to the COVID-19 virus, she became seriously ill and died on May 2, 2020.

9.

Archie Diggs, LaTonya Becknell Flowers, and Calvin Diggs show that HPRNC is responsible and liable for all of the losses and harms caused as result of their broken promises, grossly negligent actions, and inactions.

10.

Defendant, HPRNC, is liable for the administrative negligence as follows:

- A. Failing to take timely, proper and effective actions to eliminate and/or minimize the risk for Ms. Becknell's exposure to COVID-19, aka Coronavirus;

- B. Failing to timely and adequately assess the risk for Ms. Becknell to COVID-19 aka Coronavirus, and to initiate an appropriate level of preventative actions, interventions and measures to prevent her exposure to and potential for contracting this virus;

- C. Failing to timely and properly monitor, detect symptoms, test, and diagnose Ms. Becknell for COVID-19 virus aka Coronavirus condition, or to make appointments with other healthcare providers for such services;

- D. Failing to timely and properly provide or make available appropriate medical attention to Ms. Becknell for the Covid-19 virus aka Coronavirus condition;

- E. Failing to develop and implement a care plan with proper regard to the needs of Ms. Becknell;

- F. Deviation from the standard of care owed by defendants' staff, nurses, aides and other representatives of defendant to its physically and/or mentally impaired clients;

- G. Failing to do all things necessary and proper in the circumstances to reduce the risk of Ms. Becknell being exposed to and contracting COVID-19 virus aka Coronavirus resulting in the severe decline in her physical and mental conditions;

- H. Failing to exercise reasonable and proper judgment;

- I. Charting and documentation errors;

- J. Failing to initiate proper protocols to sanitize defendant's facility, including the areas of the facility where Ms. Becknell was located;

- K. Failing to appropriately train and supervise staff;

- L. Failing to adhere to the accepted standards of medical care required under the circumstances;

- M. Failing to properly follow and implement doctors' orders and care plans;

    N.    Failing to properly follow and implement the guidelines and recommendations of the WHO, CDC, LDH, and common sense guidelines for taking care of elderly patients in a nursing home setting during a global pandemic.

11.

Upon information and belief, at all times relevant hereto, Defendant, James Andrews, was employed by HPRNC, and was responsible for the day-to-day operations at the facility.

12.

Defendant, James Andrews, is liable for the administrative negligence as follows:

A. Failing to take timely, proper and effective actions to eliminate and/or minimize the risk for Ms. Becknell's exposure to COVID-19 virus aka Coronavirus;

B. Failing to timely and adequately assess the risk for Ms. Becknell to COVID-19 virus aka Coronavirus, and to initiate an appropriate level of preventative actions, interventions and measures to prevent her exposure and potential for contracting this virus;

C. Failing to properly and timely monitor, detect, test and diagnose Ms. Becknell for COVID-19 virus aka Coronavirus condition;

D. Failing to timely and properly provide or make available appropriate medical attention to Ms. Becknell for the COVID-19 virus aka Coronavirus condition;

E. Failing to develop and implement a care plan with proper regard to the needs of Ms. Becknell;

F. Deviation from the standard of care owed by defendants' staff, nurses, aides and other representatives of defendant to its physically and/or mentally impaired clients;

G. Failing to do all things necessary and proper in the circumstances to reduce the risk of Ms. Becknell being exposed to and contracting Covid-19 virus aka Coronavirus resulting in the severe decline in her physical and mental conditions;

H. Failing to exercise reasonable and proper judgment;

I. Charting and documentation errors;

J. Failing to initial proper protocols to sanitize defendant's facility, including the areas of the facility where Ms. Becknell was located;

K. Failing to appropriately train and supervise staff;

L. Failing to adhere to the accepted standards of medical care required under the circumstances;

M. Failing to properly follow and implement doctors' orders and care plans;

N. Failing to properly follow and implement the guidelines and recommendations of the WHO, CDC, LDH, and common sense guidelines for taking care of elderly patients in a nursing home setting during a global pandemic.

13.

Upon information and belief, at all times relevant hereto, Defendant, Angela Hayes, was

employed by HPRNC, and was responsible for the day-to-day operations at the facility.

14.

Defendant, Angela Hayes, is liable for the administrative negligence as follows:

A. Failing to take timely, proper and effective actions to eliminate and/or minimize the risk for Ms. Becknell's exposure to COVID-19 virus aka Coronavirus;

B. Failing to timely and adequately assess the risk for Ms. Becknell to COVID-19 virus aka Coronavirus, and to initiate an appropriate level of preventative actions, interventions and measures to prevent her exposure and potential for contracting this virus;

C. Failing to properly and timely monitor, detect, test and diagnose Ms. Becknell for COVID-19 virus aka Coronavirus condition;

D. Failing to timely and properly provide or make available appropriate medical attention to Ms. Becknell for the COVID-19 virus aka Coronavirus condition;

E. Failing to develop and implement a care plan with proper regard to the needs of Ms. Becknell;

F. Deviation from the standard of care owed by defendants' staff, nurses, aides and other representatives of defendant to its physically and/or mentally impaired clients;

G. Failing to do all things necessary and proper in the circumstances to reduce the risk of Ms. Becknell being exposed to and contracting Covid-19 virus aka Coronavirus resulting in the severe decline in her physical and mental conditions;

H. Failing to exercise reasonable and proper judgment;

I. Charting and documentation errors;

J. Failing to initial proper protocols to sanitize defendant's facility, including the areas of the facility where Ms. Becknell was located;

K. Failing to appropriately train and supervise staff;

L. Failing to adhere to the accepted standards of medical care required under the circumstances;

M. Failing to properly follow and implement doctors' orders and care plans;

N. Failing to properly follow and implement the guidelines and recommendations of the WHO, CDC, LDH, and common sense guidelines for taking care of elderly patients in a nursing home setting during a global pandemic.

15.

As result of HPRNC's broken promises and failure to live up to its professional responsibility to Ms. Becknell along with the broken promise and administrative negligence of James Andrews, Annie Lee Becknell suffered losses, harms and damages which caused her to suffer physical pain and suffering, mental anguish and distress, loss of life and other items of damage which petitioner, Archie Diggs, LaTonya Becknell Flowers and Calvin Diggs,

Individually and on behalf of the Estate of Annie Lee Becknell, are entitled to recover from the defendants. Archie Diggs, LaTonya Becknell Flowers and Calvin Diggs and the Estate of Annie Becknell suffered as a result of loss of life and affection, survivorship action and expenses of last illness. Accordingly, petitioner shows that Archie Diggs, LaTonya Becknell Flowers and Calvin Diggs, Individually, and on behalf of the Estate of Annie Lee Becknell are entitled to be awarded such amounts by this Honorable Court as will reasonably and adequately compensate them for all injuries, damages and losses they have sustained and will sustain as a result of the death of Annie Lee Becknell and the gross negligence and gross deviations from the standard of care owed to Annie Lee Becknell by Defendants, Irving Place Associates LP D.B.A Highland Place Rehab and Nursing Center, James Andrews and Angela Hayes.

16.

Archie Diggs, LaTonya Becknell Flowers and Calvin Diggs requests written notice of the date of trial of the above matter as well as notice of hearings (whether on the merits or otherwise), orders, judgments and interlocutory decrees and any and all formal steps taken by the parties herein, by the Judge or any member of court as provided in Louisiana Code of Civil Procedure, particularly articles 1572 and 1913 and 1914.

WHEREFORE, Petitioner prays that after due proceedings are had, there be judgment herein as follows:

In favor of your Petitioner, ARCHIE DIGGS, LATONYA BECKNELL FLOWERS, AND CALVIN DIGGS, Individually and on behalf of the ESTATE OF ANNIE LEE BECKNELL, and against Defendants, IRVING PLACE ASSOCIATES LP D.B.A HIGHLAND PLACE REHAB AND NURSING CENTER, JAMES ANDREWS and ANGELA HAYES, awarding unto your Petitioners such amounts as will reasonably and adequately compensate them for the death of Annie Lee Becknell and all injuries and damages Annie Lee Becknell has sustained and will sustain as a result of the above described incident, their loss of love and affection of Annie Lee Becknell, survivorship action and expenses of last illness, together with legal interest thereon from date of judicial demand until paid.

Petitioners further pray that Defendants be cast with all costs of these proceedings, including expert witness fees; and

Petitioners further pray for all such other relief as law, equity and the nature of the case may permit.

Respectfully submitted,

_____
Ronald J. Miciotto
LA Bar Roll #07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200 TELEPHONE
(318) 424-3730 FAX
Attorney for: Plaintiffs

Robert E. Piper, Jr.
LA Bar Roll #10552
1515 Poydras Street
Suite 1040
New Orleans, LA 70112
(504) 371-5550 TELEPHONE
(504) 525-6272 FAX
Attorney for: Plaintiffs

*ATTEST A TRUE COPY — CADDO PARISH DEPUTY CLERK* [stamp/signature]

**Medical Review Panel**
**State of Louisiana**
Division of Administration

JOHN BEL EDWARDS
GOVERNOR



JAY DARDENNE
COMMISSIONER OF ADMINISTRATION

January 7, 2021

Mr. Robert L. Salim
Attorney at Law
1901 Texas Street
Natchitoches, LA 71457
CERTIFIED MAIL – 7019 1120 0000 6157 1287

RE: (Annie Becknell –D) Archie Diggs, et al. versus
Irving Place Associates, LP D.B.A. Highland and Nursing Center, et al.
MEDICAL REVIEW PANEL NUMBER: 20 MR 146

Dear Mr. Salim:

This will acknowledge receipt of your request for a medical review panel received in this office December 7, 2020, mailed priority and forwarded to the Patient's Compensation Fund and returned January 4, 2020 with the following named defendants:

Irving Place Associates, LP D.B.A. Highland Place Rehab and Nursing Center
Angela Hayes

The defendants named in your request **are not qualified** under the provisions of Louisiana Revised Statute 40:1237.2.

This office reserves the right to revise its qualification and coverage determination upon receipt of additional information.

Sincerely,

April Williams
Medical Review Panel, Division of Administration

/tcj

Attachment
c: Patient's Compensation Fund

P. O. Box 44336 ♦ BATON ROUGE, LOUISIANA 70804-4336 ♦ (225) 342-8509 ♦ FAX (225) 342-1057
AN EQUAL OPPORTUNITY EMPLOYER

**SB**
**SALIM-BEASLEY**
ATTORNEYS AT LAW
LLC

1901 Texas Street
Natchitoches, LA 71457
(318) 352-5999
Facsimile: (318) 352-5998
www.salim-beasley.com

DIVISION OF ADMINISTRATION,
COMMISSIONER'S OFFICE

2020 DEC -7 AM 10: 05

Robert L. Salim
Barrett Beasley*
Lisa Causey-Streete**
*Also admitted in California
**Also admitted in Texas

December 3, 2020

USPS PRIORITY MAIL EXPRESS

Division of Administration
Medical Review Panel Office
Post Office Box 44336
Baton Rouge, Louisiana 70804-4336

Re: Archie Diggs v. Irving Place Associates, LP D.B.A. Highland Place Rehab and Nursing Center

Dear Sirs,

Please file the enclosed Claim and Request for a Medical Review Panel on behalf of my client, Archie Diggs. I have enclosed a copy for service on defendant and a check of $100 for the filing fee. I have also enclosed a copy to be date and number stamped and returned to me in the envelope provided.

Thank you for your assistance in this matter.

With kindest regards, I remain

Yours truly,

Robert L. Salim

enclosures

Robert L. Salim, Counsel
Email: robertsalimsllp-tel.net

RECEIVED

DEC 1 0 2020

LPCF

DIVISION OF ADMINISTRAT.
COMMISSIONER'S OFFICE

2020 DEC -7  AM 10: 05

ARCHIE DIGGS,            STATE OF LOUISIANA
INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF
ANNIE BECKNELL, et al,       DIVISION OF ADMINISTRATION

VERSUS

IRVING PLACE ASSOCIATES LP    MEDICAL REVIEW PANEL
D.B.A HIGHLAND PLACE REHAB
AND NURSING CENTER

### CLAIM AND REQUEST FOR A MEDICAL REVIEW PANEL

NOW COMES Claimants, ARCHIE DIGGS, and LATONYA BECKNELL and on behalf of the ESTATE OF ANNIE BECKNELL, citizens of the full age of majority and with respect represents and shows as follows:

1.

Made Defendants herein are:

1. IRVING PLACE ASSOCIATES LP D.B.A HIGHLAND PLACE REHAB AND NURSING CENTER, a domestic company licensed to do and doing business in the State of Louisiana.; and

2. ANGELA HAYES, a person of the full age of majority who may be served at her place of employment, HIGHLAND PLACE REHAB AND NURSING CENTER, 1736 Irving Place, Shreveport, LA 71101.

2.

At all times relevant to these proceedings, Irving Place Associates LP D.B.A Highland Place Rehab and Nursing Center, (hereinafter referred to as HPRNC) operates a nursing and rehabilitation facility located at 1736 Irving Place, Shreveport, Louisiana. HPRNC holds itself out as a long-term care facility. Irving Place Associates LP D.B.A Highland Place Rehab and Nursing Center is a qualified health care provider under La. R.S. 40:1231.1A(10), Louisiana Medical Malpractice Act.

3.

At all times relevant to these proceedings, defendant, Angela Hayes was the administrator/director of HPRNC and was responsible for all day to day operational aspects of the nursing home facility including but not limited to providing a safe and healthy environment for all patient/residents including Annie Becknell.

RECEIVED

DEC 1 0 2020

4.                               LPCF

For several years, Ms. Annie Becknell, a life-long resident of Caddo Parish, Louisiana

contracted with HPRNC to manage her long-term healthcare needs and to provide Annie Becknell with individual and specialized care from a compassionate and clinically trained professional staff to meet her healthcare needs.

5.

In late 2019 and/or early 2020 the Centers for Disease Control and Prevention ("CDC") began publishing information, data, and statistics regarding the effects of "COVID-19," which is a respiratory disease caused by a novel coronavirus named "SARS-CoV-2," and for which there is no vaccination. On March 11, 2020, COVID-19 was declared a pandemic by the international World Health Organization (WHO).

6.

The WHO emphatically urged healthcare facilities, professionals, and clinicians to provide the appropriate level of necessary protection and medical care while developing strategies and protocol to keep COVID-19 from entering its facilities; identifying infections early; to take action to prevent spread; to assess current supply of Personal Protective Equipment (PPE), and initiate measures to optimize supply; to educate and train its healthcare professionals about the new virus; and to quickly manage severe illness.

7.

Claimants show that defendants, HPRNC, Angela Hayes, deviated from and/or breached their promise to provide professional care to Annie Becknell and breached and/or ignored the guidelines and recommendations of the WHO, CDC, Louisiana Department of Health (LDH), and common-sense guidelines for taking care of elderly patients in a nursing home setting during these times. All of which caused Annie Becknell to be exposed to the novel coronavirus, and ultimately to contract the respiratory disease commonly known as COVID-19.

8.

As a consequence of Annie Becknell being exposed to the COVID-19 virus, she became seriously ill and died on May 2, 2020.

9.

Claimants show that HPRNC is responsible and liable for all of the losses and harms caused as result of their broken promises, grossly negligent actions, and inactions.

10.

RECEIVED
DEC 1 0 2020
LPCF

Defendant, HPRNC, is liable for the administrative negligence as follows:

A. Failing to take timely, proper and effective actions to eliminate and/or minimize the risk for Ms. Becknells exposure to COVID-19, aka Coronavirus;

B. Failing to timely and adequately assess the risk for Ms. Becknell to COVID-19 aka Coronavirus, and to initiate an appropriate level of preventative actions, interventions and measures to prevent her exposure to and potential for contracting this virus;

C. Failing to timely and properly monitor, detect symptoms, test, and diagnose Ms. Becknell for COVID-19 aka Coronavirus condition, or to make appointments with other healthcare providers for such services;

D. Failing to timely and properly provide or make available appropriate medical attention to Ms. Becknell for the COVID-19 aka Coronavirus condition;

E. Failing to develop and implement a care plan with proper regard to the needs of Ms. Becknell;

F. Deviation from the standard of care owed by defendants' staff, nurses, aides and other representatives of defendant to its physically and/or mentally impaired clients;

G. Failing to do all things necessary and proper in the circumstances to reduce the risk of Ms. Becknell being exposed to and contracting COVID-19 aka Coronavirus resulting in the severe decline in her physical and mental conditions;

H. Failing to exercise reasonable and proper judgment;

I. Charting and documentation errors;

J. Failing to initiate proper protocols to sanitize defendant's facility, including the areas of the facility where Ms. Becknell was located;

K. Failing to appropriately train and supervise staff;

L. Failing to adhere to the accepted standards of medical care required under the circumstances;

M. Failing to properly follow and implement doctors' orders and care plans;

N. Failing to properly follow and implement the guidelines and recommendations of the WHO, CDC, LDH, and common-sense guidelines for taking care of elderly patients in a nursing home setting during a global pandemic.

11.

Upon information and belief, at all times relevant hereto, Defendant, Angela Hayes, was employed by HPRNC, and was responsible for the day-to-day operations at the facility. RECEIVED

12.                                                                 DEC 1 0 2020

Defendant, Angela Hayes, is liable for the administrative negligence as follows:   LPCF

A. Failing to take timely, proper and effective actions to eliminate and/or minimize the risk for Ms. Becknells exposure to COVID-19 aka Coronavirus;

B. Failing to timely and adequately assess the risk for Ms. Becknell to COVID-19 aka Coronavirus, and to initiate an appropriate level of preventative actions,

interventions and measures to prevent her exposure and potential for contracting this virus;

C. Failing to properly and timely monitor, detect, test and diagnose Ms. Becknell for COVID-19 aka Coronavirus condition;

D. Failing to timely and properly provide or make available appropriate medical attention to Ms. Becknell for the COVID-19 aka Coronavirus condition;

E. Failing to develop and implement a care plan with proper regard to the needs of Ms. Becknell;

F. Deviation from the standard of care owed by defendants' staff, nurses, aides and other representatives of defendant to its physically and/or mentally impaired clients;

G. Failing to do all things necessary and proper in the circumstances to reduce the risk of Ms. Becknell being exposed to and contracting COVID-19 aka Coronavirus resulting in the severe decline in her physical and mental conditions;

H. Failing to exercise reasonable and proper judgment;

I. Charting and documentation errors;

J. Failing to initial proper protocols to sanitize defendant's facility, including the areas of the facility where Ms. Becknell was located;

K. Failing to appropriately train and supervise staff;

L. Failing to adhere to the accepted standards of medical care required under the circumstances;

M. Failing to properly follow and implement doctors' orders and care plans;

N. Failing to properly follow and implement the guidelines and recommendations of the WHO, CDC, LDH, and common-sense guidelines for taking care of elderly patients in a nursing home setting during a global pandemic.

13.

As result of HPRNC's broken promises and failure to live up to its professional responsibility to Ms. Becknell along with the broken promise and administrative negligence of Angela Hayes, Annie Becknell suffered losses, harms and damages which caused her to suffer physical pain and suffering, mental anguish and distress, loss of life and other items of damage which claimants, Archie Diggs, and LaTonya Becknell on behalf of the Estate of Annie Becknell are entitled to recover from the defendants. Archie Diggs, LaTonya Becknell and the Estate of Annie Becknell suffered as a result of loss of life and affection, survivorship action and expenses of last illness. Accordingly, claimants show that Archie Diggs, and LaTonya Becknell on behalf of the Estate of Annie Becknell are entitled to be awarded such amounts by this Honorable Court as will reasonably and adequately compensate them for all injuries, damages and losses they have

RECEIVED

DEC 1 0 2020

LPCF

sustained and will sustain as a result of the death of Annie Becknell and the gross negligence and gross deviations from the standard of care owed to Annie Becknell by Defendants, Irving Place Associates LP D.B.A Highland Place Rehab and Nursing Center, and Angela Hayes.

WHEREFORE, Claimant prays that there be citation and service upon defendant and that a medical review panel be convened; and after due proceedings are had, there be judgment herein as follows:

In favor of Claimants, ARCHIE DIGGS, AND LATONYA BECKNELL on behalf of the ESTATE OF ANNIE BECKNELL, and against Defendants, IRVING PLACE ASSOCIATES LP D.B.A HIGHLAND PLACE REHAB AND NURSING CENTER, and ANGELA HAYES. awarding unto your Claimants such amounts as will reasonably and adequately compensate them for the death of Annie Becknell and all injuries and damages Annie Becknell has sustained and will sustain as a result of the above described incident, their loss of love and affection of Annie Becknell, survivorship action and expenses of last illness, together with legal interest thereon from date of judicial demand until paid.

Claimants further pray that Defendants be cast with all costs of these proceedings, including expert witness fees; and

Claimants further pray for all such other relief as law, equity and the nature of the case may permit.

Respectfully submitted,

Robert L. Salim
LA Bar Roll #11663
1901 Texas Street
Natchitoches, LA 71457
318 352-5909 TELEPHONE
318 352-5998 FAX
Attorney for: Plaintiffs

RECEIVED
DEC 1 0 2020
LPCF

T. Taylor Townsend
LA Bar Roll #20021
320 St. Denis Street
Post Office Box 784
Natchitoches, LA 71458-0784
(318) 238-3612 TELEPHONE

(318) 2386103 FAX
Attorney for: Plaintiffs

Ronald J. Miciotto
LA Bar Roll #07540
628 Stoner Avenue
Shreveport, LA 71101
(318) 424-0200 TELEPHONE
(318) 424-3730 FAX
Attorney for: Plaintiffs

Robert E. Piper, Jr.
LA Bar Roll #10552
1515 Poydras Street
Suite 1040
New Orleans, LA 70112
(504) 371-5550 TELEPHONE
(504) 525-6272 FAX
Attorney for: Plaintiffs

PLEASE SERVE:

IRVING PLACE ASSOCIATES LP D.B.A
HIGHLAND PLACE REHAB AND NURSING CENTER
C/O Angela Hayes, Director/Administrator
1736 Irving Place
Shreveport, LA 71101

RECEIVED

DEC 1 0 2020

LPCF

