UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ARCHIE DIGGS, ET AL | ) | CASE NO. 5:21-cv-02127-SMH-MLH |
| | ) | |
| VERSUS | ) | JUDGE S. MAURICE HICKS, JR. |
| | ) | |
| IRVING PLACE ASSOCIATES LP, ET AL | ) | MAG. JUDGE MARK HORNSBY |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION TO REMAND

COMES NOW Plaintiffs, ARCHIE DIGGS, LATONYA BECKNELL FLOWERS, and CALVIN DIGGS, Individually and on behalf of the ESTATE OF ANNIE LEE BECKNELL and petition this Court to remand this action to state court. As set forth in the accompanying Memorandum in Support of Plaintiffs' Motion to Remand, removal by Defendants, Irving Place Associates, L.P. d/b/a Highland Place Rehabilitation and Nursing Center, and its administrators, is unjustified because there is no federal question jurisdiction under the *Grable* doctrine; the PREP Act does not completely preempt Plaintiff's state law claims; jurisdiction under the federal officer removal is unsupported by the plain language of the statute; and immunity under the PREP Act is a defense that state court can decide instead of exceeding the limits of supplemental jurisdiction under 28 U.S.C. § 1367. Having no basis in law or in fact, removal was wholly without merit. Therefore, Plaintiff's Motion should be granted, and this case should be remanded to the First Judicial District Court, Caddo Parish, Louisiana.

**Respectfully submitted,**

*/s/ Ronald J. Miciotto*
Ronald J. Miciotto
LA Bar Roll #07540
628 Stoner Avenue
Shreveport, Louisiana 71101
(318) 424-0200 TELEPHONE
(318) 424-3730 FAX

Robert E. Piper, Jr.
LA Bar Roll #10552
1515 Poydras Street
Suite 1040
New Orleans, LA 70112
(504) 371-5550 TELEPHONE
(504) 525-6272 FAX

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed the foregoing document with the Clerk of the Court using the Court's electronic filing system, which sent notification of such filing to counsel of record.

This the 2nd day of September, 2021.

                                                */s/ Ronald J. Miciotto*
                                                Ronald J. Miciotto