# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# OFFICE OF THE CLERK

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

June 28, 2022

JUL 1 1 2022

TONY R. MOORE, CLERK
BY: KW
DEPUTY



Mike Spence, Clerk of Court
1st Judicial District Court
Caddo Parish
501 Texas St Rm 103
Shreveport, LA 71101

---

In re: Civil Action No. 5:21-cv-02127-SMH-MLH
DIGGS ET AL V. IRVING PLACE ASSOCIATES L P ET AL
Your Case No. 630074-C

Dear Clerk:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

    Please acknowledge receipt on the enclosed copy of this letter.

    ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE June 28, 2022.

                              TONY R. MOORE
                              CLERK OF COURT

                              E Alexander
                              DEPUTY CLERK OF COURT

```
_____ FILED

JUL 0 1 2022

MIKE SPENCE
CLERK OF COURT
CADDO PARISH
```



**MIKE SPENCE**
**CADDO PARISH**
**CLERK OF COURT**
501 Texas Street, Room 103
Shreveport, LA 71101-5408

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 1 2022

TONY R. MOORE, CLERK
BY: KW
DEPUTY

**TONY R MOORE**
**CLERK OF COURT**
**800 LAFAYETTE ST #2100**
**LAFAYETTE LA 70501**